Fri 4/26 Made 2 certified copies of A/W + Indictment for AUSA Li

AUSA Alexander Li
4/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ITIEL PALACIOS GARCIA,
a/k/a "Rafael Villarreal Nuñes,"
a/k/a "El Playa,"
a/k/a "El Compa Playa,"
a/k/a "el Indito de Guerrero,"

Defendant.

LIMITED UNSEALING ORDER

21 Cr. 360 Doc # 1

Upon the application of the United States, by the United States Attorney for the Southern District of New York, DAMIAN WILLIAMS, by Assistant United States Attorney Alexander Li;

WHEREAS the indictment and arrest warrant for defendant ITIEL PALACIOS GARCIA, a/k/a "Rafael Villarreal Nuñes," a/k/a "El Playa," a/k/a "El Compa Playa," a/k/a "el Indito de Guerrero" in the above-captioned case is currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the indictment and arrest warrant unsealed for the limited purposes of allowing the United States Attorney's Office to transmit the indictment and arrest warrant to representatives from the U.S. Department of State, other U.S. federal agencies, and foreign authorities, including but not limited to law enforcement, intelligence, and diplomatic authorities, for purposes of effectuating provisional arrest warrants, requests made under Mutual Legal Assistance Treaties, extradition requests and coordinating federal government and law enforcement and other U.S. and foreign government activity prior to the unsealing of the indictment; it is hereby

ORDERED that the indictment and arrest warrant in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the indictment, arrest warrant, and this Order shall remain under seal until further Order from the Court.

Dated: New York, New York
April 26, 2024

Stewart D. Aaron

HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK