USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

ITIEL PALACIOS GARCIA,
    a/k/a "Rafael Villareal Nunes,"
    a/k/a "El Playa,"
    a/k/a "El Compa Playa,"
    a/k/a "el Indito de Guerrero,"

                    Defendant.

21 Crim. 360 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    An initial conference in this matter is hereby scheduled for March 14, 2025, at 3:00 PM.

**SO ORDERED.**

Dated:    11 March 2025
           New York, New York

                                    _____
                                       Victor Marrero
                                         U.S.D.J.