```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

         - against -

ITIEL PALACIOS GARCIA

             Defendant.

**21-CR-360 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On September 11, 2025, counsel for the above-named defendant submitted a letter to the Court requesting immediate medical examination and treatment on defendant's behalf. (See Dkt. No. 19.) The Government is hereby directed to respond to this request within five (5) days.

**SO ORDERED.**

Dated:     12 September 2025
             New York, New York

_____
Victor Marrero
U.S.D.J.

1